**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael J. Jones                           CHAPTER 13

           Debtor(s)

                                                  BKY. NO. 18-10644 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                          Respectfully submitted,

                          /s/ Brian C. Nicholas
                          Brian Nicholas
                          03 Nov 2020, 13:08:06, EST

                          Brian C. Nicholas, Esq. (317240) ☑
                          Maria D. Miksich, Esq. (319383) ☐
                          Rebecca A. Solarz, Esq. (315936) ☐
                          KML Law Group, P.C.
                          BNY Mellon Independence Center
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106
                          412-430-3594
                          bkgroup@kmllawgroup.com