Form 132

**UNITED STATES BANKRUPTCY COURT**  72
**WESTERN DISTRICT OF PENNSYLVANIA**  culy

In re:  Bankruptcy Case No.: 18−10644−TPA

Chapter: 7

**Michael J. Jones**
   Debtor(s)

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND DETERMINATION OF TRUSTEE BOND

   Tamera Ochs Rothschild is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 11/5/20

**Andrew R. Vara**
United States Trustee

**Joseph S. Sisca**
Assistant United States Trustee
Western District of Pennsylvania

---

I Tamera Ochs Rothschild, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

Tamera Ochs Rothschild

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10644-TPA |
| Michael J. Jones | Chapter 7 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: culy | Page 1 of 2 |
| Date Rcvd: Nov 05, 2020 | Form ID: 132 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: trothschild@gmx.com | Nov 06 2020 00:50:00 | Tamera Ochs Rothschild, 318 W. Spring Street, Titusville, PA 16354-1659 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 07, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| James McNally | on behalf of Creditor Seven Seventeen Credit Union  Inc. jmcnally@cohenseglias.com, dlandi@cohenseglias.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation mario.hanyon@brockandscott.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Michael J. Jones rebeka@seelingerlaw.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: culy | Page 2 of 2 |
| Date Rcvd: Nov 05, 2020 | Form ID: 132 | Total Noticed: 1 |

Richard J. Bedford
    on behalf of Debtor Michael J. Jones richard@seelingerlaw.com  rjb8181@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Tamera Ochs Rothschild
    trothschild@gmx.com  pa70@ecfcbis.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

Thomas E. Reilly
    on behalf of Creditor Aberdeen Proving Ground Federal Credit Union ecf@tomreillylaw.com

TOTAL: 10