UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 18-10644 TPA |
| Michael J. Jones | : Chapter 13 |
|     Debtor | : |
| | : |
| Michael J. Jones, | : |
|     Movant | : |
| vs. | : Document No. |
| Ronda J. Winnecour, Esquire | : |
| Chapter 13 Trustee | : |
|     Respondent | : |

# CERTIFICATE OF SERVICE

I, Rebeka A. Seelinger Esquire, certify under penalty of perjury that I served, or caused to be served, a true and correct copy of the order converting case from chapter 13 to chapter 7, filed November 5, 2020 at docket no. 70, on the parties listed below on November 9, 2020, by regular First Class United States Mail or other method as described below.

**Office of the United States Trustee**
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh PA 15222
(Via CM/ECF)

**Ronda J. Winnecour, Esquire**
3250 U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
(Via CM/ECF)

**(Via First Class Mail)**

APG Federal Credit Union
Attn: Bankruptcy
Po Box 1176
Aberdeen, MD 21001

Citibank North America
Citibank Corp/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

Credit One Bank

Attn: Bankruptcy
Po Box 98873
Las Vegas, NV 89193

Discover Financial
Po Box 3025
New Albany, OH 43054

Freedom Mortgage Corp
Attn: Bankruptcy
Po Box 489
Mt Laurel, NJ 08054

Military Star/AAFES
Attention: Bankruptcy
Po Box 650060
Dallas, TX 75265

Navy Federal Cr Union
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

OneMain Financial
Attn: Bankruptcy
601 Nw 2nd Street
Evansville, IN 47708

Seven Seventeen Cred
Attn: Bankruptcy
3181 Larchmont Ave. Ne
Warren, OH 44483

Synchrony Bank/ JC Penneys
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Amazon
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Sams
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Walmart
Attn:  Bankruptcy Dept

Po Box 965060
Orlando, FL 32896

Toyota Financial Services
Attn: Bankruptcy
Po Box 8026
Cedar Rapids, IA 52409

Usaa Federal Savings Bank
Attn: Bankruptcy
10750 Mcdermott Freeway
San Antonio, TX 78288


November 9, 2020	/s/ Rebeka Seelinger Esq.
	Rebeka Seelinger Esq., PA ID 93897
	Attorney for Debtor
	SEELINGER LAW
	4640 Wolf Rd
	Erie PA 16505
	(814) 824 6670, rebeka@seelingerlaw.com