UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 18-10644 TPA |
| Michael J. Jones | : Chapter 13 |
|     Debtor | : |
| Michael J. Jones, | : |
|     Movant | : |
| vs. | : Document No. |
| Ronda J. Winnecour, Esquire | : |
| Chapter 13 Trustee | : |
|     Respondent | : |

### REPORT PURSUANT TO ORDER RE-CONVERTING CASE

The Debtor, Michael J. Jones, by his undersigned attorney, respectfully represents the following:

1. The debtor has no unpaid debts incurred between the filing of his bankruptcy petition and the date of re-conversion of his case to chapter 7, and he does not own any property acquired after the commencement of the bankruptcy case and prior to the re-conversion to chapter 7.

2. The debtor has filed all statements and schedules required by Bankruptcy Rules 1019(1)(A) & 1007(b).

3. On July 9, 2020, the debtor filed a statement of intention with respect to retention or surrender of property securing consumer debts, as required by 11 U.S.C. §521(a)(2), Bankruptcy Rule 1019(1)(B).

4. The debtor has not entered into any new executory contracts since the filing of his bankruptcy petition.

EXECUTED ON: July 9, 2020      By: /s/ Rebeka A. Seelinger Esquire

                                                      SEELINGER LAW
                                                     Attorney for Debtor
                                                     PA ID #93897
                                                     4640 Wolf Road
                                                     Erie, PA 16505
                                                     (814) 824-6670
                                                     rebeka@seelingerlaw.com