**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHAEL J. JONES<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-10644 TPA<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/26/2018 and confirmed on 08/16/2018 . The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 37,432.50 |
| Less Refunds to Debtor | 1,836.54 | |
| TOTAL AMOUNT OF PLAN FUND | | 35,595.96 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,000.00 | |
| Trustee Fee | 1,554.36 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,554.36 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FREEDOM MORTGAGE CORP<br>Acct: 4249 | 0.00 | 19,145.41 | 0.00 | 19,145.41 |
| FREEDOM MORTGAGE CORP<br>Acct: 4249 | 0.00 | 0.00 | 0.00 | 0.00 |
| SEVEN SEVENTEEN CREDIT UNION INC<br>Acct: 0310 | 0.00 | 0.00 | 0.00 | 0.00 |
| ABERDEEN PROVING GROUND FCU (APG<br>Acct: 0010 | 1,800.72 | 1,800.72 | 197.75 | 1,998.47 |
| TOYOTA MOTOR CREDIT CORP<br>Acct: 5559 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 21,143.88 |
| **Priority** | | | | |
| REBEKA A SEELINGER ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL J. JONES<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SEELINGER LAW CORPORATION<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| REBEKA A SEELINGER ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL J. JONES | 1,836.54 | 1,836.54 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| SEVEN SEVENTEEN CREDIT UNION INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0310 | | | | |
| ABERDEEN PROVING GROUND FCU (APG | 16,158.29 | 2,893.34 | 0.00 | 2,893.34 |
| Acct: 0023 | | | | |
| CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2168 | | | | |
| LVNV FUNDING LLC | 698.53 | 120.94 | 0.00 | 120.94 |
| Acct: 6138 | | | | |
| LVNV FUNDING LLC | 569.20 | 98.55 | 0.00 | 98.55 |
| Acct: 9840 | | | | |
| DISCOVER BANK(*) | 1,487.18 | 257.48 | 0.00 | 257.48 |
| Acct: 1990 | | | | |
| ARMY & AIR FORCE EXCHANGE SVCS | 3,769.92 | 675.05 | 0.00 | 675.05 |
| Acct: 1546 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4375 | | | | |
| NAVY FEDERAL CREDIT UNION* | 19,375.77 | 3,469.47 | 0.00 | 3,469.47 |
| Acct: 0746 | | | | |
| ONE MAIN FINANCIAL SERVICES INC A/S/F | 4,528.84 | 810.96 | 0.00 | 810.96 |
| Acct: 1702 | | | | |
| ECAST SETTLEMENT CORP | 199.23 | 34.49 | 0.00 | 34.49 |
| Acct: 8946 | | | | |
| ECAST SETTLEMENT CORP | 994.01 | 172.10 | 0.00 | 172.10 |
| Acct: 9342 | | | | |
| ECAST SETTLEMENT CORP | 2,020.97 | 349.90 | 0.00 | 349.90 |
| Acct: 6311 | | | | |
| SYNCHRONY BANK | 86.25 | 15.44 | 0.00 | 15.44 |
| Acct: 1486 | | | | |
| USAA FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5699 | | | | |
| CREDITOR INFORMATION MISSING OR VA( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TOYOTA MOTOR CREDIT CORP | 76.16 | 0.00 | 0.00 | 0.00 |
| Acct: 5559 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 8,897.72 |

TOTAL PAID TO CREDITORS                                                                                                    30,041.60

TOTAL CLAIMED
PRIORITY                 0.00
SECURED              1,800.72
UNSECURED           49,964.35

Date: 11/27/2020                                          /s/ Ronda J. Winnecour
                                                          RONDA J WINNECOUR PA ID #30399
                                                          CHAPTER 13 TRUSTEE WD PA
                                                          600 GRANT STREET
                                                          SUITE 3250 US STEEL TWR
                                                          PITTSBURGH, PA  15219
                                                          (412) 471-5566
                                                          cmecf@chapter13trusteewdpa.com