# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

WITHDRAWAL OF APPEARANCES BY MARIA D. MIKSICH, ESQUIRE, IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF BRIAN C. NICHOLAS, ESQUIRE, IN VARIOUS OPEN CASES

Miscellaneous No.  22-203 CMB

## ORDER OF COURT

AND NOW, this  22nd  day of   February   , 2022, upon consideration of the Omnibus Joint Motion to Withdraw the Appearance of Maria D. Miksich, Esquire, and Enter the Appearance of Brian C. Nicholas, Esquire, it is hereby

ORDERED that the Motion is granted, and Maria D. Miksich, Esquire, is granted leave to withdraw her appearance as counsel of record in in the list of cases attached to the Motion as Exhibit "A", and it is further

ORDERED that the appearance of Brian C. Nicholas, Esquire, is entered as counsel of record for the parties formerly represented by Attorney Miksich in the list of cases attached to the Motion as Exhibit "A".

BY THE COURT:

Carlota M. Böhm   dmr
Chief United States Bankruptcy Court Judge

FILED
2/22/22 1:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA